IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SONJA ANN AUGUSTSINE**                                                                                           **PLAINTIFF**
**ADC #716354**

**V.**                                        **CASE NO.  4:20-cv-01264 JM**

**JARED SELF, Director,**                                                                                          **DEFENDANT**
**ACC Reentry**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 10th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE